JAMES SELDEN, Respondent, *v.* JOSEPH BAYLEY, Appellant.

(Argued March 21, 1873; decided June term, 1873.)

THIS was an action upon a promissory note against an indorser. Defendant alleged that plaintiff was not a *bona fide* holder, and that payments had been made thereon by the maker. Upon the trial, the court, holding that plaintiff was a *bona fide* holder, rejected evidence offered by defendant tending to show payments, and directed a verdict. *Held*, error; that the evidence was not so clear that the plaintiff was a *bona fide* holder as to authorize the taking of the question from the jury, and that in any event the evidence as to payments was proper.

*D. C. Calvin* for the appellant.

*M. S. Thompson* for the respondent.

REYNOLDS, C., reads for reversal and new trial.
All concur.
Judgment reversed.